## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

David Laborde, et al.,

        Plaintiffs,        Civil No. 07-4081 (RHK/RLE)

vs.

**ORDER**

Northern Trucking & Aggregate, Inc.,

        Defendant.

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: September 27, 2007

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge