UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID LABORDE, as Chairman and RON HOCKIN, as Secretary of the Minnesota Teamsters Construction Division Pension Fund, DAVID LABORDE, as Chairman and RON HOCKIN, as Secretary of the Minnesota Teamsters Construction Division Health and Welfare Fund, DAVID LABORDE, as Chairman and RON HOCKIN, as Secretary of the Minnesota Teamsters Construction Division Education and Training Fund, and each of their successors,<br><br>    Plaintiffs,<br><br>vs.<br><br>NORTHERN TRUCKING & AGGREGATE, INC.<br><br>    Defendant. | Civil File No. 07-4081 (RHK/RLE)<br><br>**ORDER FOR ENTRY OF JUDGMENT** |

This matter came before the undersigned pursuant to the filing of Defendant's Confession of Judgment. Therefore,

**IT IS HEREBY ORDERED**:

That in accordance with the Confession of Judgment, Plaintiffs, shall have judgment against Defendant Northern Trucking & Aggregate, Inc. in the amount of $29,698.67.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 6/12/08        BY THE COURT

                 s/Richard H. Kyle
                 The Honorable Richard H. Kyle
                 United States District Judge

339311.DOC